FILED

OCT 29 2021

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

---

In re: ROBERT DUANE RENS

Debtor

------------------------------

CHERI LEE HUBKA SPARHAWK, as Trustee of the Trust Agreement of Elmer Rens and Jeanne Rens, dated January 6, 1977, also known as the Elmer and Jeanne Rens Trust

Appellant

v.

GERALD H. DAVIS, Chapter 7 Trustee; ROBERT DUANE RENS; RENS CHILDREN, JENNIFER, JEFFREY, JODY, AND JULIE (SMITH)

Appellees

BAP No. SC-20-1131-LGH

Bankr. No. 17-04050-LA7
Adv. No. 19-90067-LA
Chapter 7

October 29, 2021

---

# JUDGMENT

ON APPEAL from the United States Bankruptcy Court for California Southern - San Diego.

THIS CAUSE came on to be heard on the record from the above court.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Panel that the judgment of the Bankruptcy Court is REVERSED.

**FOR THE PANEL,**

Susan M Spraul
Clerk of Court
**By:** Cecil Lizandro Silva, Deputy Clerk

```
BANKRUPTCY APPELLATE PANEL
     OF THE NINTH CIRCUIT
A True Copy
Attest:
_____
          Susan M. Spraul, Clerk
_____
by Deputy Clerk
```

**Date:** October 29, 2021