UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 27 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: ROBERT DUANE RENS,

Debtor,

------------------------------

GERALD H. DAVIS,

Appellant,

v.

CHERI LEE HUBKA SPARHAWK; et al.,

Appellees.

No. 21-60057

BAP No. 20-1131
BAP, San Diego Bankruptcy Court

**ORDER**

The court has been informed that the parties require additional time to file a motion or stipulation to dismiss this appeal. By July 14, 2022, appellant shall file either a motion or stipulation to dismiss this matter or shall contact the Circuit Mediator.

FOR THE COURT:

Jonathan Westen
Circuit Mediator

vs/mediation